UNITED STATES DISTRICT COURT
WESTERN DISTRICTOF WASHINGTON
AT TACOMA

| | |
|---|---|
| JACK W. JENSEN, JR.,             ) | |
|                                                  ) | |
|             Plaintiff,                       ) | NO.   C07-5471JKA |
|                                                  ) | |
| Vs.                                           ) | ORDER OF DISMISSAL |
|                                                  ) | |
| MICHAEL J. ASTRUE,           ) | |
| Commissioner of Social Security, ) | |
|                                                  ) | |
|             Defendant.                    ) | |
| _____) | |

The court received Jennifer M. Cross's motion for order of dismissal.  Having reviewed the motion and the court file, it is hereby ORDERED that this action is dismissed.

DATED this 1st day of February, 2008.

                                       */s/ J. Kelley Arnold*_____
                                       U.S. MAGISTRATE JUDGE

Presented by:

| | |
|---|---|
| VAIL-CROSS & ASSOCIATES | JEFFREY C. SULLIVAN |
|  | United States Attorney |
|  |  |
| By:_____/S/_____ | By:_____/S/_____ |
| JENNIFER M. CROSS WSBA#28560 | JOANN D'ANTONIO WSBA#23623 |
| Attorney for Plaintiff | Attorney for Defendant |

ORDER OF DISMISSAL - 1

**DAVID B. VAIL,
JENNIFER M. CROSS-EUTENEIER
AND ASSOCIATES
P.O. BOX 5707
TACOMA, WASHINGTON 98415-0707
TACOMA: (253) 383-8770
SEATTLE: (253) 874-2546
OLYMPIA: (360) 943-8098  FAX: (253) 383-8774**