# United States District Court

WESTERN DISTRICT OF WASHINGTON

JACK W. JENSEN, JR.,

      v.

MICHAEL J. ASTRUE,
Commissioner of Social Security

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: C07-5471JKA

___    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That this action is dismissed.

| | |
|---|---|
|    February 4, 2008 |    BRUCE RIFKIN |
| Date | Clerk |
| |    *s/Caroline M. Gonzalez* |
| | Deputy Clerk |